SHELL OIL COMPANY, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. BOARD OF ADJUSTMENT OF THE TOWNSHIP OF HANOVER, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 71 *N. J. Super.* 532.

*Messrs. Young & Sears* and *Mr. William P. Westling* for the petitioners.

*Messrs. Schenck, Smith & King, Mr. Edward L. C. Vogt* and *Mr. E. Marco Stirone* for the respondents.

April 3, 1962.

A. VICTOR KOCH, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. WALTER D. FLOERSHEINER, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Robert W. MacQuesten* for the petitioners.

*Mr. Martin J. Koke* and *Mr. Leslie M. Geller* for the respondents.

April 3, 1962.